JAMES DORMAN, as Administrator, etc., Respondent, *v.* THE BROADWAY RAILROAD COMPANY OF BROOKLYN, Appellant.

(Argued December 12, 1889; decided December 17, 1889.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made June 24, 1889, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

This action was brought to recover damages for alleged negligence causing the death of plaintiff's intestate.

The following is the *mem.* of opinion :

"We do not find in this record any evidence that the plaintiff's intestate came to his death from any fault or carelessness attributable to the defendent. His death was due solely to his accidental falling upon the defendant's railway.

"The judgment should, therefore, be reversed and a new trial granted, costs to abide the event."

*Thomas S. Moore* for appellant.

*Charles J. Patterson* for respondent.

*Per Curiam mem.*, for reversal and new trial.
All concur.
Judgment reversed.